Ronald H. Reynolds (NV SB No. 827)
Matthew M. Reynolds (NV SB No. 12268)
REYNOLDS & ASSOCIATES
823 Las Vegas Blvd. So., Suite 280
Las Vegas, NV 89101
Phone:  (702) 445-7000
Fax:  (702) 385-7743
Email:  ron@reynoldslawyers.com
mac@reynoldslawyers.com

**Attorneys for Plaintiff**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **JOE HAND PROMOTIONS, INC.,** | Case No.:  2:12-cv-01930-RFB-PAL |
| **Plaintiff,** | **MOTION TO VACATE SETTLEMENT CONFERENCE** |
| vs. | |
| **EDEN J. STEAK LLC, ET AL.,** | |
| **Defendant.** | |

COMES NOW Plaintiff, and requests that the Settlement Conference currently set for May 20, 2015, be vacated and held in abeyance pending Defendants' obtaining substitute counsel, based upon the following facts.

On May 5, 2015, the Honorable Peggy Leen issued her Order (document 36) allowing Defendant's counsel to withdraw in this matter.  The Order further provides that the defendants must secure counsel by May 19, 2015.

The Court's previous Order of March 13, 2015 (document 33), sets a Settlement Conference in this matter for May 20, 2015.  The settlement conference statements are due tomorrow, May 13, 2015.

Inasmuch as it is not yet known when, or if, Defendants will retain substitute counsel, Plaintiff requests that the settlement conference date be vacated, and reset upon the appearance of substitute counsel for Defendants.

///

///

1

1   This motion is made for good cause.  As stated by the Court in its May 15, 2015 Order,
2   Defendant Eden J. Steak, LLC cannot appear or participate in a Settlement Conference  without
3   counsel because of its corporate status.  Further, if no counsel is substituted on behalf of
4   Defendants, the Court has expressed that it may include a recommendation to the District Judge
5   that a default judgment be entered, and no settlement conference would be required.

6   DATED: May 12, 2015                                  Respectfully submitted:

**REYNOLDS & ASSOCIATES**
RONALD H. REYNOLDS, ESQ.
State Bar No. 827
MATTHEW M. REYNOLDS, ESQ.
State Bar No. 12268

BY: /s/  MATTHEW M. REYNOLDS
Matthew M. Reynolds, Esq.
823 Las Vegas Boulevard South, #280
Las Vegas, Nevada 89101
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| **JOE HAND PROMOTIONS, INC.,**<br><br>Plaintiff,<br><br>vs.<br><br>**MAC'S BAR AND GRILLE, LLC, A NEVADA LIMITED LIABILITY COMPANY, DBA DADDY MAC'S, ET AL.,**<br><br>Defendant. | Case No.: 2:12-cv-01930-RFB-PAL<br><br>[PROPOSED] ORDER GRANTING MOTION TO VACATE SETTLEMENT CONFERENCE |

The motion of Plaintiff to Vacate Settlement Conference having been considered and good cause appearing, it is hereby ordered that the Settlement Conference hearing date of May 20, 2015, is vacated.

Dated: May 18, 2015

_____
U.S. Magistrate Judge

1