**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.*,*     ) | Case No.:  2:12-cv-01930-RFB-PAL |
|        Plaintiffs,     ) | |
| vs.     ) | **ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE PEGGY A. LEEN** |
| EDEN J. STEAK LLC, *et al*,     ) | |
|        Defendants.     ) | |

Before the Court for consideration is the Report and Recommendation (ECF No. 50) of the Honorable Peggy A. Leen, United States Magistrate Judge, entered July 17, 2015.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *see also* Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," *de novo* or otherwise, of the report and recommendations of a magistrate judge. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Pursuant to Local Rule IB 3-2(a), objections were due by August 3, 2015. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendation(s) that (ECF No. 45) Motion for Sanctions and For Entry of Default be **GRANTED**.

Therefore, the Court has determined that Magistrate Judge's Recommendation should be **ACCEPTED and ADOPTED** to the extent that it is not inconsistent with this opinion.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 50) is **ACCEPTED and ADOPTED in full.**

**IT IS ORDERED** that (ECF No. 45) Motion for Sanctions and For Entry of Default be **GRANTED**. A default judgment shall be entered against Albert S. Lee and Eden J. Steak, LLC.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve this Order on the persons and respective addresses noted in the Report and Recommendation. The Clerk shall enter judgment accordingly and close the case.

DATED this 2nd day of September, 2015.


_____
RICHARD F. BOULWARE, II
United States District Court